EASTERN DIST.
*April*, 1840.

PESCHIER
*vs.*
HUIE.

---

### PESCHIER *vs.* HUIE.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Damages given as a delay case.

This is an action against the payee and first endorser of a promissory note. He admits his signature, and denies every other allegation, but made no defence. The case was submitted to a jury who returned a verdict against the defendant, from which he took a suspensive appeal.

*F. B. Conrad,* for the plaintiff.

*Sterrett,* contra.

*Martin, J.,* delivered the opinion of the court.

The defendant is appellant from a judgment against him as endorser of a promissory note. He did not deny his endorsement; and there was evidence of protest and due notice. The jury returned a verdict against him. He has made no defence in this court. The appellee has prayed for damages as for a frivolous appeal, and is clearly entitled to them.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Commercial Court be affirmed with ten per cent. damages on the amount of the judgment, and costs in both courts.